962 So.2d 434 (2007)
STATE ex rel. Bobby R. WILLIAMS
v.
STATE of Louisiana.
No. 2006-KH-2676.
Supreme Court of Louisiana.
August 31, 2007.
In re Williams, Bobby R.;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. H, No. 11-99-0458; to the Court of Appeal, First Circuit, No. 2006 KW 1408.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189.